NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8825
    Facsimile: (415) 744-0134
    Email: Jennifer.Tarn@ssa.gov
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD W. HAMILTON, | ) Case No. 8:20-cv-00091-AFM |
|     Plaintiff, | ) |
| | ) [PROPOSED] JUDGMENT |
|     v. | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
|     Defendant. | ) |

-1-

1    The Court having approved the parties' stipulation to remand this case
2    pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
3    with that stipulation and for entry of judgment for Plaintiff, judgment is hereby
4    entered for Plaintiff.

5

6    DATED:  9/8/2020
7                                                ALEXANDER F. MACKINNON
                                                 UNITED STATES MAGISTRATE JUDGE
8